DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES GLORIOSO,**
Appellant,

v.

**EVENT SERVICES AMERICA, INC.,** a Florida corporation, and
**CAROLYN GLORIOSO**,
Appellees.

No. 4D14-1806

[September 30, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy III, Judge; L.T. Case No. CACE08025574 (21).

Daniel M. Grissom and Daniel B. Caine of Stabinski & Funt, P.A., Miami, for appellant.

John B. Marion and Dina M. Contri of Sellars, Marion & Bachi, P.A., West Palm Beach, for Appellee-Event Services, Inc.

PER CURIAM.

*Affirmed. See Audiffred v. Arnold*, 161 So. 3d 1274 (Fla. 2015).

GROSS and TAYLOR, JJ., and SHEPHERD, CAROLINE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***